1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  OWEN P. MARTIKAN (CSBN 177104)
   Assistant United States Attorneys
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7241
7      Facsimile: (415) 436-7234
       owen.martikan@usdoj.gov
8
   Attorneys for Plaintiff
9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,        )    CR No.: 3-08-70179 MAG
14                                  )
                                    )
15           Plaintiff,              )    **STIPULATION AND [PROPOSED]**
                                    )    **ORDER EXCLUDING TIME**
16       v.                          )
                                    )
17 CYNTHIA PHILLIP CURRAN,          )
                                    )
18                                  )
           Defendant.                )
19 _____  )

20

21     On September 4, 2008, the parties in this case appeared before the Court for a preliminary

22 hearing.  At that time, the parties requested and the Court agreed to continue the preliminary

23 hearing in this matter to October 31, 2008.  The parties further stipulated that pursuant to Federal

24 Rule of Criminal Procedure (FRCP) 5.1(d), the time limits set forth in FRCP 5.1(c) be excluded

25 from September 4, 2008, to and including October 31, 2008.  The parties agree that – taking into

26 account the public interest in prompt disposition of criminal cases – good cause exists for this

27 extension.  Defendant also agrees to exclude for this period of time any time limits applicable

28 under Title 18, United States Code, Section 3161.  This continuance is the reasonable time

STIP. & [PROPOSED] ORDER EXCLUDING TIME
CASE NO. CR 3-08-70179 MAG

necessary for continuity of defense counsel and effective preparation of defense counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties agree that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A).

The parties also agree that the statute of limitations for the charges in the complaint shall be tolled from the date the complaint was filed, March 26, 2008.

SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: September 11, 2008        /s/ Owen Martikan
OWEN P. MARTIKAN
Assistant United States Attorney

DATED: September 10, 2008        /s/ Geoffrey Rotwein
GEOFFREY ROTWEIN
Attorney for Cynthia P. Curran

### [PROPOSED] ORDER

For the reasons stated above, the Court finds that an exclusion of time from September 4, 2008, to and including October 31, 2008, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §3161 (h)(8)(A); FRCP 5.1(d). The failure to grant the requested continuance would deny Ms. Curran continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv). The Court also agrees that the statute of limitations for the offenses charged in the complaint shall be tolled beginning March 26, 2008, when the complaint was filed.

SO ORDERED.

DATED: __9/15/08_____

HON. [signature: Elizabeth D. Laporte]
United States [Magistrate Judge]

IT IS SO ORDERED
Judge Elizabeth D. Laporte

STIP. & [PROPOSED] ORDER EXCLUDING TIME
CASE NO. CR 3-08-70179 MAG