ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
VIVIAN F. WANG (CABN 277577)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7431
    Fax: (415) 436-6570
    Email: Vivian.Wang@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>CYNTHIA P. CURRAN,<br><br>    Defendant,<br><br>MORGAN STANLEY SMITH BARNEY, LLC,<br><br>    Garnishee. | CASE NO. 08-0773-001 PJH<br><br>WRIT OF GARNISHMENT |

TO:    Morgan Stanley Smith Barney, LLC
          Attn: Diane Gray
          100 S. Charles St., 4th Floor
          Baltimore, MD 21201
          Fax: 201-377-0199

**YOU ARE HEREBY COMMANDED TO GARNISH FOR THE BENEFIT OF THE UNITED STATES OF AMERICA PROPERTY IN YOUR POSSESSION IN WHICH THE DEFENDANT-JUDGMENT DEBTOR HAS A SUBSTANTIAL NONEXEMPT INTEREST.**

    The name, last known address, and last four digits of the social security number of the person

who is the defendant-judgment debtor ("defendant") in this action and whose property is subject to this Writ is as follows:

>Cynthia P. Curran
>140 Amherst Ave.
>Menlo Park, CA 94025
>Social Security Number (last four digits): xxx-xx-9874

This Writ has been issued pursuant to a stipulation between the United States of America and Cynthia P. Curran, and an order issued pursuant to that stipulation, to enforce the collection of a criminal judgment entered in favor of the United States against the defendant for a debt in the original amount of $241,607.54. As of September 18, 2024, the total balance due on the judgment debt was $242,612.14. Interest accrues at the rate of 0.34% per annum, or $2.14 per day.

The following are the steps that you must take to comply with this Writ. If you have any questions, you should consult with your attorney.

1. Pursuant to 28 U.S.C. § 3205(c)(2)(F) and the terms of the stipulation and order filed in the above referenced case, you must immediately withhold and retain property of the defendant in which the defendant has a substantial nonexempt interest, or if you obtain custody, control, or possession of such property while this Writ is in effect, until you receive instructions from the United States regarding distribution and payment of the property at issue. Such property includes the account ending in 4-011 in the name of Cynthia P. Curran ("Account").

2. Pursuant to 28 U.S.C. § 3205(c)(2)(E), you are required to answer this Writ within **10 days** of service of this Writ upon you. You must answer the Writ even if you do not have in your custody, control, or possession, any property of the defendant. Pursuant to 28 U.S.C. § 3205(c)(4), your answer must state, under oath, the following information:

 a. Whether or not you have in your custody, control, or possession, any property owned by the defendant in which the defendant has a substantial nonexempt interest, including nonexempt disposable earnings;

 b. a description of such property and the value of such property;

 c. a description of any previous garnishments to which such property is subject and the extent to which any remaining property is not exempt; and

        d.   the amount of the debt you anticipate owing to the defendant in the future and whether the period for payment will be weekly or another specified period.

For your convenience, a form which addresses the above-requested information is attached and may be used to answer the Writ.

    3.   After you complete the answer under oath, pursuant to 28 U.S.C. § 3205(c)(2)(E) and (c)(4), within ten (10) days after service of this Writ upon you, you must mail or deliver the original answer bearing the original signature of the person preparing the answer to the Court at the following address:

    Clerk, United States District Court
    1301 Clay Street, Suite 400 S
    Oakland, CA 94612

At the same time you mail or deliver the original answer to the Court, you must also mail or deliver a copy of the original answer to both the defendant and attorney for the United States at the following respective addresses:

    Cynthia P. Curran
    140 Amherst Ave.
    Menlo Park, CA 94025

    Vivian F. Wang
    Assistant U.S. Attorney
    450 Golden Gate Avenue, 9th Floor
    P.O. Box 36055
    San Francisco, CA 94102

Please note that the attached answer form contains a certificate of service which needs to be completed by the person mailing the copies of the answer to the defendant and the attorney for the United States, and which needs to be filed with the Court along with the answer.

    2.   In accordance with the terms of the stipulation and order, you must liquidate the Account, and pay the funds from the liquidation, according the instructions in the order.

**IF YOU FAIL TO WITHHOLD PROPERTY IN ACCORDANCE WITH THIS WRIT, THE UNITED STATES MAY PETITION THE COURT FOR AN ORDER REQUIRING YOU TO APPEAR BEFORE THE COURT.  IF YOU FAIL TO APPEAR OR DO APPEAR AND FAIL TO SHOW GOOD CAUSE WHY YOU FAILED TO COMPLY WITH THIS WRIT, THE**

WRIT OF GARNISHMENT
CR 08-0773-001 PJH        3

**COURT WILL ENTER A JUDGMENT AGAINST YOU FOR THE VALUE OF THE DEBTOR'S NONEXEMPT INTEREST IN SUCH PROPERTY (INCLUDING NONEXEMPT DISPOSABLE EARNINGS). THE COURT MAY ALSO AWARD REASONABLE ATTORNEY'S FEES TO THE UNITED STATES AND AGAINST YOU.**

MARK B. BUSBY,
Clerk of the United States
District Court for the Northern District of California

Dated: September 16, 2024        By: *Kelly Collins*
                                     Deputy Clerk

WRIT OF GARNISHMENT
CR 08-0773-001 PJH                    4